```
                    UNITED STATES DISTRICT COURT
                              for the
                       DISTRICT OF NEW JERSEY


-------------------------------X
**TONY GOMES CONSTRUCTION COMPANY, INC.**,
                                         Civ. 08-3195 (KSH)

                                         ORDER OF REASSIGNMENT

              vs.


**HOUSING AUTHORITY OF THE CITY OF
NEWARK, NEW JERSEY, et al.**,
-------------------------------X
```

It is on this 13th day of January, 2008,

O R D E R E D that the above entitled action is reassigned from Judge Katherine S. Hayden to Judge Dickinson R. Debevoise.


                              _s/Garrett E. Brown, Jr.___
                         GARRETT E. BROWN, JR., CHIEF JUDGE
                            UNITED STATES DISTRICT COURT