UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TONY GOMES CONSTRUCTION | |
| Plaintiff(s) | Civil Action No. 08-3195 (DRD)(MAS) |
| v. | |
| HOUSING AUTHORITY, ET AL. | **ORDER** |
| Defendant(s) | |

**THIS MATTER** having come before the Court during telephone conference on March 30, 2009 to discuss the appointment of a neutral expert; and for good cause shown,

**IT IS on this 30th day of March, 2009,**

**ORDERED THAT:**

1. Moving papers regarding the appointment of a neutral expert shall be filed on or before April 17, 2009;

2. Opposition papers shall be filed on or before April 27, 2009; and

3. Reply papers shall be filed on or before May 4, 2009.

**SO ORDERED.**

/s/ Michael A. Shipp
**HONORABLE MICHAEL A. SHIPP**
**United States Magistrate Judge**